UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY,<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>150 WEST 21ST LLC, ET AL.<br><br>　　　　　　　Defendants. | 24-CV-01730 (GHW)(RFT)<br><br>ORDER RESCHEDULING<br>PRE-SETTLEMENT<br>TELEPHONE CONFERENCE |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　　A pre-settlement conference was scheduled for March 20, 2024, to discuss whether an early settlement conference would be productive at this time. Due to the parties' request, it is now rescheduled to **Wednesday, April 10, 2024 at 10:00 a.m** and held through a telephone conference. Counsel are directed to join the conference at the scheduled time. **Please dial (646) 453-4442, Access Code: 218 172 331#.**

DATED:　March 18, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge