UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY,<br><br>      Plaintiff,<br><br>-against-<br><br>150 WEST 21ST LLC, ET AL.,<br><br>      Defendants. | 24-CV-01730 (GHW)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference is scheduled for **Monday, April 29, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **April 17, 2024**, to propose three alternative dates and times for the settlement conference during the week of April 29, 2024.

  The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **April 22, 2024**, **at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

DATED: April 10, 2024           SO ORDERED.
      New York, NY

                            **ROBYN F. TARNOFSKY**
                            United States Magistrate Judge