UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY<br><br>    Plaintiff,<br><br>-against-<br><br>150 West 21st LLC, ET AL.,<br><br>    Defendants. | 24-CV-01730 (GHW)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference in this case was scheduled for Monday, April 29, 2024. As per my Order on April 10, 2024, ex-parte settlement letters were due yesterday by 5 P.M. The parties have not complied. I am sua sponte extending the April 22, 2024 deadline nunc pro tunc until 9 AM on **April 24, 2024**.

DATED: April 23, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge