UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY<br><br>　　　　　　　Plaintiff,<br><br>　-against-<br><br>150 WEST 21ST LLC, BEACH LANE MANAGEMENT, INC., and MARK SCHARFMAN,<br><br>　　　　　　　Defendant. | 24-CV-1730 (GHW) (RFT)<br><br>**TELEPHONE CONFERENCE** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　This action is scheduled for a telephonic conference on **Monday, September 9, 2024, at 2:00 PM**. Counsel shall join the conference at the scheduled time by dialing **(646) 453-4442, Access Code: 837 107 145#.**

　　The parties shall be prepared to address the discovery issues raised in Plaintiff's letter motion. (*See* ECF 26.) Per my Individual Rules, Defendant may file a response to Plaintiff's letter motion by Friday, September 6, 2024.

　　If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:　September 3, 2024
　　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge