UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY<br><br>Plaintiff,<br><br>-against-<br><br>150 WEST 21ST LLC, BEACH LANE MANAGEMENT, INC., and MARK SCHARFMAN,<br><br>Defendant. | 24-CV-1730 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As per my Order dated September 9, 2024 (ECF 32), a joint status letter from the parties regarding the status (not the substance) of settlement discussions was due on Friday, September 20, 2024. The parties have not complied.

I am sua sponte extending the deadline for the joint status letter nunc pro tunc until **tomorrow, September 24, 2024 at 5 p.m**.

DATED:  September 23, 2024
         New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge