UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY,<br><br>                Plaintiff,<br><br>-against-<br><br>150 WEST 21ST LLC, BEACH LANE MANAGEMENT, INC., and MARK SCHARFMAN,<br><br>                Defendant. | 24-CV-1730 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 4, 2024 the parties filed a joint letter regarding the status of discovery. (ECF 35.)

The parties are directed to file a joint letter regarding the status of discovery no later than **October 25, 2024**. The joint letter shall include an update on the progress of expert discovery, confirming that the deposition of Defendant's expert has occurred or has been scheduled. The letter shall also confirm that Defendant has produced the outstanding documents in its possession responsive to Plaintiff's initial document request.

DATED:  October 17, 2024
           New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge