UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| John Ransley,<br><br>        Plaintiff,<br><br>-against-<br><br>150 West 21st LLC,<br><br>        Defendant. | 24CV1730 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The motion to extend the deadline for completing discovery is extended until January 6, 2025.

Further extensions will not be granted absent extremely good cause. The Clerk of Court is

Respectfully requested to terminate ECF 39.

DATED:  December 5, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge