UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY<br><br>　　　　　　　Plaintiff,<br><br>-against-<br><br>150 WEST 21ST LLC, BEACH LANE MANAGEMENT, INC., and MARK SCHARFMAN,<br><br>　　　　　　　Defendant. | 24-CV-1730 (GHW) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On December 5, 2024, I issued an Order extending the parties' time to complete discovery in this matter until January 6, 2025. (ECF 42.)

Accordingly, by **January 10, 2025** the parties are directed to file a joint letter confirming discovery is complete.

DATED:　January 6, 2025
　　　　　New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge