UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY,<br><br>    Plaintiff,<br><br>-against-<br><br>150 WEST 21ST LLC,<br><br>    Defendant. | 24cv1730 (JAV) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on January 14, 2025, the parties' proposed joint pre-trial order, along with their in limine motions and any pre-trial briefs, are due on **February 13, 2025**. The parties are directed to familiarize themselves and comply with the Individual Rules and Practices of the Honorable Jeannette A. Vargas, available at https://nysd.uscourts.gov/hon-jeannette-vargas.

DATED: January 14, 2025
    New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge