UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY,,<br><br>      Plaintiff,<br><br>  v.<br><br>150 WEST 21ST LLC, BEACH LANE MANAGEMENT, INC., and MARK SCHARFMAN<br><br>      Defendants. | 24-CV-01730 (JAV)<br><br>**NOTICE OF REASSIGNMENT** |

JEANNETTE A. VARGAS, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

Dated: January 14, 2025
   New York, New York

                _____
                JEANNETTE A. VARGAS
                United States District Judge