IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN RANSLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>150 WEST 21st LLC, BEACH LANE MANAGEMENT, INC., and MARK SCHARFMAN,<br><br>　　　　Defendants. | No. 1:24-cv-01730-JAV-RFT<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Defendants 150 West 21st LLC, Beach Lane Management, Inc., and Mark Scharfman and Plaintiff John Ransley hereby stipulate and agree to the dismissal of all of Plaintiff's claims against Defendants and all of Defendants' counterclaims against Plaintiff with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own fees and costs.

Dated: May 1, 2025
　　　New York, NY

_____
Matthew Longobardi
MOBILIZATION FOR JUSTICE, INC.
100 William Street, 6th Fl.
New York, NY 10038
Tel: (212) 417-3858
*Counsel for Plaintiff*

_____
Dean Dreiblatt
Rose and Rose Law
291 Broadway, 13th Floor
New York, NY 10007
Tel: (212) 349-3366
*Counsel for Defendants*